IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02398-WDM

STEPHANIE THOMPSON,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES,

    Defendant.

## NOTICE OF DISMISSAL

    The court construes Plaintiff's Request of Dismissal with Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on January 12, 2009

                                   BY THE COURT:

                                   s/ Walker D. Miller
                                   United States District Judge